UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SCOTT WILLIAM MCCOMB, <br> Defendant. | CASE NO.   CR06-351 JCC <br><br> DETENTION ORDER |

Offenses charged:

    Count 1, 3, & 5:    Aggravated Identity Theft, in violation of Title 18, U.S.C., Section 1028A;

    Count 2, 4, & 6:    Social Security Fraud, in violation of Title 42, U.S.C., Section 408(a)(7)(B).

Date of Detention Hearing: October 30, 2006

    The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Norman Barbosa.  The defendant was represented by Howard Ratner.

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) The defendant poses a risk of non appearance as his ties to the Western District of Washington are unknown; he has no stable address and is unemployed.

(2) Due to the nature of the crimes alleged, and Defendant's criminal history, which includes recent convictions for theft and forgery, release of the defendant would pose a risk to the community.

(3) The defendant stipulates to detention at this time.

Based upon the foregoing information, which is consistent with the recommendation of U.S. Pre-trial Services, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

// // //

DETENTION ORDER
PAGE -2-

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of November, 2006.

                                          _____
                                          MONICA J. BENTON
                                          United States Magistrate Judge

DETENTION ORDER
PAGE -3-