Judge John C. Coughenour

1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT
                             WESTERN DISTRICT OF WASHINGTON
9                                         AT SEATTLE

10    UNITED STATES OF AMERICA,          )
                                         )      NO.    CR06-0351-JCC
11                  Plaintiff,           )
                                         )
12          v.                           )
                                         )      ORDER OF CONTINUANCE
13    SCOTT McCOMB,                      )
                                         )
14                  Defendants.          )
      _____)
15

16          Before this Court is a Stipulated Motion to Extend the Pretrial Motions Deadline and

17    to Continue the Trial Date;

18          The Court finds, after a consideration of all relevant information and the

19    circumstances of this case, that the ends of justice would best be served by the granting of

20    this request for continuance.  The ends of justice outweigh the best interests of the public and

21    the defendant in having the matter brought to trial sooner.

22          The Court finds that the parties request to extend the deadline for pretrial motions

23    should be GRANTED.  The pretrial motions deadline scheduled for November 20, 2006, is

24    VACATED.  The pretrial motions deadline is continued to December 22, 2006.

25          For all the reasons presented in the files and records herein, the Court finds that the

26    parties stipulated request to continue the trial should be GRANTED.  The trial date currently

27    scheduled for December 11, 2006, is VACATED.  Trial shall be rescheduled to January 22,

28    2007.

ORDER OF CONTINUANCE — 1
CR06-351JCC

1    Any and all period of delay resulting from the granting of this continuance, from the

2    date of the filing of the parties stipulated request on November 20, 2006 until the date of the

3    rescheduled trial, shall be excludable time pursuant to Title 18, United States Code, Section

4    3161(h)(1)(F) and (h)(8)(A), and the Court makes the following findings:

5    a.    That the failure to grant such a continuance in this case would be likely

6    to result in a miscarriage of justice;

7    b.    That it is in the defendant's best interest to be aware of all of the

8    potential charges against him, and have the opportunity to negotiate settlements on all of

9    those charges;

10   c.    That the failure to grant such a continuance in this case would deny

11   counsel for the defendant and the government the reasonable time necessary for effective

12   preparation, taking into account the exercise of due diligence, because of the nature of the

13   prosecution, the existence of a significant discovery, and novel questions of fact and law;

14   d.    That because of ongoing negotiations and other discovery matters it

15   may be unreasonable to expect adequate preparation for pretrial proceedings or for the trial

16   itself within the time limits established by Title 18, United States Code, Section 3161.

17   IT IS SO ORDERED

18   DATED this 29th day of November, 2006.

19

20   John C. Coughenour
     United States District Judge

21

22

23   Presented by:

24   JOHN McKAY
     United States Attorney

25   By:

26

27   _____
     NORMAN M. BARBOSA
     Special Assistant United States Attorney

28

ORDER OF CONTINUANCE — 2
CR06-351JCC