**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT WILLIAM MCCOMB,<br><br>Defendant. | NO. CR06-351-JCC<br><br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 4, 2011. The United States was represented by Assistant United States Attorney Norman Barbosa, and the defendant by Lee Edmund.

The defendant had been charged and convicted of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A and Social Security Fraud, in violation of 42 U.S.C. § 408(a)(7)(B). On or about April 6, 2007, defendant was sentenced by the Honorable John C. Coughenour, to a term of 65 months in custody, 24 months as to count one to run consecutive to 41 months as to count two, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $142,321.82 restitution, attend Gambler's

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

Anonymous, if directed by USPO, not enter gambling establishments, computer monitoring, computer access, search, and identification in true name only.

In a Petition for Warrant or Summons, dated August 31, 2011, U.S. Probation Officer Frances L. Davis asserted the following violations by defendant of the conditions of his supervised release:

1. Failing to notify the probation officer within ten days prior to a change of residence, in violation of standard condition No. 6.
2. Failing to notify the probation officer within ten days prior to a change of employment, in violation of standard condition No. 6.
3. Failing to participate as directed in a drug testing program on August 25, and 26, and 27, 2011 in violation of the special condition requiring that he participate as instructed in a program approved by the probation officer for treatment of narcotic addiction, which may include drug testing to determine if he has reverted to the use of drugs..

The defendant was advised of his rights and admitted alleged violations 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation 1, 2 and 3, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on October 14, 2011 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 4th day of October, 2011.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

cc: District Judge: Honorable John C. Coughenour
AUSA: Norman Barbosa
Defendant's attorney: Lee Edmund
Probation officer: Frances L. Davis

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3